FILED

DEC 20 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ cs _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IBAN ALCOCER-RAMIREZ,<br><br>Defendant. | Case No.: 18CR4586-BTM<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS ORDERED that the Information in Case No. 18CR4586-BTM against defendant IBAN ALCOCER-RAMIREZ be, and hereby is, dismissed *without prejudice*.

IT IS SO ORDERED.

DATED: 12/20/18

Barry Ted Moskowitz
BARRY TED MOSKOWITZ
United States District Court Judge